UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

FEB 27 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: DARRYL WILLIAM YOUNG. <br> _____ <br><br> DARRYL WILLIAM YOUNG, <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON, YAKIMA, <br><br> Respondent, <br><br> UNITED STATES OF AMERICA, <br><br> Real Party in Interest. | No. 23-70012 <br><br> D.C. No. 1:16-cr-02058-MKD-1 <br> Eastern District of Washington, Yakima <br><br> ORDER |

Before: CANBY, M. SMITH, and BRESS, Circuit Judges.

The petition for a writ of mandamus is denied without prejudice to the filing of a new mandamus petition if the district court does not address petitioner's motion pursuant to 28 U.S.C. § 2255 within 60 days of the date of this order.

Petitioner's motion to proceed in forma pauperis (Docket Entry No. 5) is denied as moot.